UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24471-WILLIAMS/LETT

RAISYL CEPERO GARCIA,

    Plaintiff,

vs.

STRATAIR AVIATION
SERVICES, LLC,

    Defendant.
_____/

<u>PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE
ON DEFENDANT, STRATAIR AVIATION SERVICES, LLC</u>

Plaintiff, Raisyl Cepero Garcia files the Return of Service on Defendant, StratAir Aviation Services, LLC (served on October 1, 2025).

Dated this 3rd day of October 2025.

                                <u>s/Brian H. Pollock, Esq.</u>
                                Brian H. Pollock, Esq.
                                Fla. Bar No. 174742
                                brian@fairlawattorney.com
                                FAIRLAW FIRM
                                135 San Lorenzo Avenue
                                Suite 770
                                Coral Gables, FL 33146
                                Tel:    305.230.4884
                                Counsel for Plaintiff