## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:25-CV-24471-KMW

Plaintiff:
**RAISYL CEPERO GARCIA,**

vs.

Defendant:
**STRATAIR AVIATION SERVICES, LLC,**


KDY2025043032

For:
FAIRLAW FIRM
135 SAN LORENZO AVE.
SUITE 770
CORAL GABLES, FL 33146

Received by WILLIAM RISER on the 30th day of September, 2025 at 11:23 am to be served on **STRATAIR AVIATION SERVICES LLC C/O COGENCY GLOBAL INC ITS REGISTERED AGENT, 115 NORTH CALHOUN STREET, SUITE 4, TALLAHASSEE, FL 32301**.

I, WILLIAM RISER, do hereby affirm that on the **1st day of October, 2025** at **12:25 pm**, I:

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** Served the within named business entity by delivering a true copy of **SUMMONS AND COMPLAINT** to: **TAJANAE MILLER** as **CUSTOMER SERVICE SPECIALIST**, an employee of the Registered Agent after confirming the Registered Agent was not in the office or was otherwise unavailable, pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at **115 N. CALHOUN STREET, SUITE 4, TALLAHASSEE, FL 32301**. on behalf of **STRATAIR AVIATION SERVICES LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served. "under penalties of perjury, i declare that i have read the foregoing document and that the facts are true" f.s.92.525. Notary not required pursuant to fs 92.525

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: BLACK, Height: 5'7", Weight: 170, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

**WILLIAM RISER**
288

**KD PROCESS**
**2957 CAPITAL PARK DRIVE**
**SUITE # 7**
**TALLAHASSEE, FL 32301**
**(850) 727-4363**

Our Job Serial Number: KDY-2025043032