UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24471-WILLIAMS/LETT

RAISYL CEPERO GARCIA,

    Plaintiff,

vs.

STRATAIR AVIATION
SERVICES, LLC,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Plaintiff, Raisyl Cepero Garcia, pursuant to Local Rule 3.8, notifies the Court of the following Related Action presently pending in the District Court for the Southern District of Florida:

Ivan Grant, et al. vs. StratAir Aviation Services, LLC, 1:25-CV-24505-MOORE/ELFENBEIN, which involves claims against the same defendant for:

- Age discrimination in violation of the ADEA and the Florida Civil Rights Act.

- Race discrimination in violation of 42 U.S.C. §1981, Title VII, and the Florida Civil Rights Act.

- Disability discrimination in violation of the Americans with Disabilities Act (ADA) for a plaintiff who was terminated because of his association with his disabled wife who has cancer.

- Violation of the Family and Medical Leave Act (FMLA), including interference, failure to notify of rights, and retaliation.

Respectfully submitted this 3rd day of October 2025,

Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
Counsel for Plaintiff
