UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24471-WILLIAMS/LETT

RAISYL CEPERO GARCIA,

    Plaintiff,

vs.

STRATAIR AVIATION
SERVICES, LLC,

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR RELIEF FROM ORDER OF REFERRAL AND NOTICE OF COURT PRACTICES AND PROCEDURES IN ADA CASES

Plaintiff, Raisyl Cepero Garcia, pursuant to Local Rule 16.1, requests that the Court relieve the parties from the Order of Referral and Notice of Court Practices and Procedures in ADA Cases [ECF No. 4] based on the following good cause:

1. Mr. Cepero Garcia filed the Complaint in this case, alleging the following claims against the Defendant, StratAir Aviation Services, LLC:

    a. Count I – Disability Discrimination In Violation of Title I of the ADA;

    b. Count II – Interference With FMLA Rights;

    c. Count III – Failure to Notify of FMLA Rights; and

    d. Count IV – Unlawful FMLA Retaliation.

[ECF No. 1.]

2. Mr. Cepero Garcia's claims, as alleged in the Complaint [ECF No. 1], concern his treatment as an employee of the Defendant and its termination of his employment, not accessibility claims.

3. The Court entered its Order of Referral and Notice of Court Practices and Procedures in ADA Cases on October 1, 2025 [ECF No. 4].

4. The Court's Order seems to address issues that arise in cases brought under Title III of the ADA, involving accessibility issues of real property or of websites, not cases involving employment discrimination brought under Title I of the ADA.

5. This Court has the power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *also see Clinton v. Jones*, 520 U.S. 681, 706-707 (1997).

6. Considering that the gravamen of the Complaint [ECF No. 1] involves allegations of employment discrimination and retaliation, justice would best be served by relieving the parties of the requirements imposed by the Order.

7. Consequently, Mr. Cepero Garcia requests that the Court relieve him (and the parties) of the requirements imposed on him in Section I – Verified Certificate of Counsel Regarding Any Prior Filings under the ADA of the Order due to its lack of application to this case and the issues to be resolved therein.

WHEREFORE, Plaintiff, Raisyl Cepero Garcia, requests that the Court modify Section I of the Order in light of the good cause shown above.

Respectfully submitted this 3rd day of October 2025,

                              Brian H. Pollock, Esq.
                              Brian H. Pollock, Esq.
                              Fla. Bar No. 174742
                              brian@fairlawattorney.com
                              FAIRLAW FIRM
                              135 San Lorenzo Avenue
                              Suite 770
                              Coral Gables, FL 33146
                              Tel:    305.230.4884
                              *Counsel for Plaintiff*