UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24471-WILLIAMS/LETT

RAISYL CEPERO GARCIA,

    Plaintiff,

vs.

STRATAIR AVIATION
SERVICES, LLC,

    Defendants.
_____/

**<u>NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF</u>**

    Patrick Brooks LaRou, Esq. of FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Raisyl Cepero Garcia, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

    Respectfully submitted this 15th day of October 2025,

                                          <u>s/ Patrick Brooks LaRou</u>
                                          Patrick Brooks LaRou, Esq.
                                          Florida Bar No. 1039018
                                          brooks@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue, Suite 770
                                          Coral Gables, Florida 33146
                                          Telephone: (305) 230-4884
                                          *Counsel for Plaintiff*