UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 1:25-cv-24471-KMW

RAISYL CEPERO GARCIA,

    Plaintiff,

v.

STRATAIR AVIATION SERVICES, LLC,

    Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, StratAir Aviation Services, LLC, hereby files this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. In support, Defendant states:

1. Defendant's response to Plaintiff's Complaint [DE 1] is due on October 22, 2025.

2. Defendant requests an extension of an additional fourteen (14) days, through and including November 5, 2025, to file its response to the Complaint.

3. Additional time is needed for Defendant to file its response given undersigned counsel's competing deadlines, mediations, and depositions, and for Defendant to analyze whether consolidation is appropriate with a pending related case. *See Ivan Grant, et al. v. StratAir Aviation Services, LLC*, Case No. 1:25-CV-24505.

4. Counsel for Defendant has conferred with counsel for Defendant, who does not oppose the relief sought.

5. This Motion is made in good faith and not for purposes of delay. Given the early state of this case, a brief extension will not affect any other deadlines and will not prejudice any of the parties.

6. Pursuant to Local Rule 7.1(a)(2), a proposed order is attached as Exhibit "1" and will be submitted to the Court.

WHEREFORE, Defendant, StratAir Aviation Services, LLC, respectfully requests that this Court enter an Order granting defendant an extension up through and including November 5, 2025 to respond to Plaintiff's Complaint, and grant such other and further relief as the Court deems just and appropriate.

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for Defendant has conferred with counsel for Plaintiff on October 22, 2025, who is not opposed to the relief sought herein.

Dated: October 22, 2025

**Roger W. Feicht**
Roger W. Feicht (Florida Bar No. 84982)
rfeicht@gunster.com and lhagan@gunster.com
GUNSTER YOAKLEY & STEWART, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone:  561-655-1980
*Counsel for Defendant*

ACTIVE:38679506.1