UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 1:25-cv-24471-KMW

RAISYL CEPERO GARCIA,

    Plaintiff,

v.

STRATAIR AVIATION SERVICES, LLC,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT**

THIS CAUSE having come before the Court upon the Unopposed Motion for Extension of Time to Respond to the Complaint filed by Defendant, StratAir Aviation Services, LLC, and the Court, having reviewed the motion and being advised in its premises, it is hereby:

**ORDERED AND ADJUDGED** that:

1. Defendant's Unopposed Motion for Extension of Time to Respond to the Complaint is **GRANTED**.

2. Defendant shall have up through and including November 5, 2025, to respond to the Complaint.

Dated this _____ day of _____, 2025.

_____
THE HONORABLE KATHLEEN M WILLIAMS
United States District Court Judge

cc:    All Counsel of Record on Attached Service List

1

**SERVICE LIST**
**CASE NO. 1:25-cv-24471-KMW**
**RAISYL CEPERO GARCIA v. STRATAIR AVIATION SERVICES, LLC**

**BRIAN H. POLLOCK, ESQ.**
Florida Bar No. 174742
brian@fairlawattorney.com
**PATRICK BROOKS LAROU, ESQ.**
Florida Bar No.: 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL  33146
Telephone: 305-230-4884

**ROGER W. FEICHT, ESQ.**
Florida Bar No. 84982
rfeicht@gunster.com
GUNSTER YOAKLEY & STEWART, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone:  561-655-1980
*Counsel for Defendant*