UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24471-WILLIAMS/LETT

RAISYL CEPERO GARCIA,

    Plaintiff,

vs.

STRATAIR AVIATION SERVICES, LLC,

    Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO CONSOLIDATE RELATED CASES FOR DISCOVERY AND PRETRIAL PURPOSES

THIS CAUSE, having come before the Court on Plaintiff's Motion to Consolidate Related Cases for Discovery and Pretrial Purposes [ECF No. 17], and the Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED.

The above-captioned action, Case No. 1:25-cv-24471-KMW, and *Ivan Grant, et al. v. StratAir Aviation Services, LLC*, Case No. 1:25-cv-24505-KMM, are hereby CONSOLIDATED FOR DISCOVERY AND PRETRIAL PURPOSES ONLY, pursuant to Federal Rule of Civil Procedure 42(a).

This case, Case No. 1:25-cv-24471-KMW, shall serve as the LEAD CASE for purposes of discovery, pretrial motions, and case management, unless otherwise ordered by the Court. The consolidation ordered herein does not merge the actions into a single case and does not consolidate the cases for trial. Each action shall retain its separate identity, and separate trials shall be conducted unless otherwise ordered by the Court.

DONE AND ORDERED in Chambers on this ____ day of January 2026.

                                                _____
                                                KATHLEEN M. WILLIAMS
                                                UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*