**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 25-CV-24471-WILLIAMS**

RAISYL CEPERO GARCIA,

        Plaintiff,

vs.

STRATAIR AVIATION SERVICES, LLC,

        Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Motion to Consolidate Related Cases for Discovery and Pretrial Purposes. (DE 17) ("***Motion***"). Upon review of the Motion, it is **ORDERED AND ADJUDGED** that the Motion (DE 17) is **GRANTED**.

The above-captioned action, Case No. 1:25-cv-24471-KMW, and *Ivan Grant, et al. v. StratAir Aviation Services, LLC*, Case No. 1:25-cv-24505-KMM, are hereby CONSOLIDATED FOR DISCOVERY AND PRETRIAL PURPOSES ONLY, pursuant to Federal Rule of Civil Procedure 42(a). This case, Case No. 1:25-cv-24471-KMW, shall serve as the LEAD CASE for purposes of discovery, pretrial motions, and case management, unless otherwise ordered by the Court. The consolidation ordered herein does not merge the actions into a single case and does not consolidate the cases for trial. Each action shall retain its separate identity, and separate trials shall be conducted unless otherwise ordered by the Court.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 22nd day of January 2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE