UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 1:25-cv-24471-KMW

RAISYL CEPERO GARCIA,

    Plaintiff,
v.

STRATAIR AVIATION SERVICES, LLC,

    Defendant.
_____/

## JOINT NOTICE OF MEDIATION

Pursuant to the Court's Scheduling Order [DE 16], the parties, Raisyl Cepero Garcia, Ivan Grant, Alex Laffita Ortiz, Henry Pinto Sumoza, Eyonny Prado Duran, Luis Rodriguez Ceruto, Luis Same Gonzalo, and StratAir Aviation Services, LLC, hereby jointly give notice that the parties have conferred and selected Carlos Burreuzo, Esq., to conduct the mediation in this action. The mediation will take place on May 8, 2026, at 10:00 am at 600 Brickell Ave Unit 3500, Miami, Florida 33131.

Dated: January 29, 2026

| | |
|---|---|
| **BROOKS LAROU, ESQ.**<br>BRIAN H. POLLOCK, ESQ.<br>FAIRLAW FIRM<br>135 San Lorenzo Avenue<br>Suite 770<br>Coral Gables, Florida 33146<br>brian@fairlawattorney.com<br>*Counsel for Plaintiffs* | **Roger W Feicht**<br>Roger W. Feicht (Florida Bar No. 84982)<br>rfeicht@gunster.com and<br>lhagan@gunster.com<br>Nalani Alesia Gordon (Florida Bar No. 1010976)<br>ngordon@gunster.com and<br>lmusco@gunster.com<br>GUNSTER YOAKLEY & STEWART, P.A.<br>777 S. Flagler Drive, Suite 500 East<br>West Palm Beach, FL 33401<br>Telephone: 561-655-1980<br>*Counsel for Defendant* |

ACTIVE:39117656.1