UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24471-WILLIAMS/LETT
(Consolidated with Case No. 1:25-cv-24505-Moore/Elfenbein)

RAISYL CEPERO GARCIA,

      Plaintiff,

vs.

STRATAIR AVIATION SERVICES, LLC,

      Defendant.

_____/

## ORDER GRANTING JOINT MOTION FOR EXTENSION

THIS CAUSE, having come before the Court on Plaintiff's Joint Motion for Extension of Pretrial Deadlines [ECF No. 20], and the Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED.

The deadlines set forth in the Court's Scheduling Order [ECF No. 16] are hereby extended as follows:

1. Plaintiff shall disclose experts, expert witness summaries, and reports on or before **April 29, 2026**;

2. Defendant shall disclose experts, expert witness summaries, and reports on or before **May 13, 2026**;

3. The Parties shall exchange rebuttal expert witness summaries and reports on or before **May 27, 2026**; and

4. The Parties shall complete all discovery, including expert discovery, on or before **June 17, 2026**.

1

All other deadlines and provisions set forth in the Court's Scheduling Order [ECF No. 16] shall remain in full force and effect.

DONE AND ORDERED in Chambers on this ____ day of March 2026.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm