UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 1:25-cv-24471-KMW
(Consolidated with Case No. 1:25-cv-24505-Moore/Elfenbein)

RAISYL CEPERO GARCIA,

       Plaintiff,

v.

STRATAIR AVIATION SERVICES, LLC,

       Defendant.

_____/

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS

Defendant, StratAir Aviation Services, LLC, hereby files this Motion for Extension of Time to Respond to Plaintiffs' Discovery Requests. In support, Defendant states:

1.      On September 29, 2025, Plaintiff Raisyl Cepero Garcia filed his Complaint against Defendant StratAir Aviation Services [DE 1].

2.      On January 21, 2026, Plaintiff filed a Motion to Consolidated Related Cases [DE 17], seeking to consolidate this action with the related case of *Ivan Grant, et al. v. StratAir Aviation Services, LLC,* Case No. 1:25-cv-24505-KMM, for discovery and pretrial purposes only.

3.      On January 22, 2026, the Court granted Plaintiff's Motion to Consolidate, consolidating this case with *Ivan Grant, et al. v. StratAir Aviation Services, LLC*, Case No. 1:25-cv-24505-KMM, which involves six additional plaintiffs pursuing employment discrimination claims against Defendant.

4.      On March 18, 2026, Plaintiffs served the following: Plaintiff Ivan Grant's First Set of Interrogatories to Defendant, Plaintiff Alex Laffita Ortiz's First Set of Interrogatories to Defendant, Plaintiff Henry Pinto Sumoza's First Set of Interrogatories to Defendant, Plaintiff

Eyonny Prado Duran's First Set of Interrogatories to Defendant, Plaintiff Luis Rodriguez Ceruto's First Set of Interrogatories to Defendant, Plaintiff Luis Same Gonzalo's First Set of Interrogatories to Defendant, Plaintiffs' First Request for Admissions to Defendant, Plaintiffs' First Request for Production to Defendant, Plaintiff Raisyl Cepero Garcia's First Set of Interrogatories to Defendant, Plaintiff Raisyl Cepero Garcia's First Requests for Admission to Defendant, Plaintiff Raisyl Cepero Garcia's First Requests for Production to Defendant, and Plaintiff Eyonny Prado Duran's Second Set of Interrogatories to Defendant (the **"Discovery Requests"**).

5.      Defendant's responses to Plaintiffs' Discovery Requests are due on April 17, 2026.

6.      Defendant requests an extension of an additional fourteen (14) days, through and including May 1, 2026, to serve its responses to Plaintiffs' Discovery Requests.

7.      Plaintiffs' Discovery Requests encompass twelve separate sets of written discovery served on March 18, 2026, including individualized interrogatories from each of the seven Plaintiffs across two consolidated actions, as well as multiple sets of requests for admissions and requests for production.

8.      Responding to these requests requires Defendant to undertake a separate, plaintiff-specific inquiry for each individual claimant, as each of Plaintiff's requests call for facts or documents unique to that Plaintiff's particular employment history, termination, and alleged bases for discrimination. Thus, Defendant cannot simply prepare a single uniform set of responses; rather, it must conduct individualized factual investigations, consult with relevant personnel, and gather and review documents pertaining to each Plaintiff's distinct claims and employment. Since service of the Discovery Requests, Defendant's counsel has been diligently working to compile responsive information and coordinate with Defendant's representatives to ensure that each response is accurate and consistent with Defendant's obligations under the Federal Rules of Civil

Procedure.

9.      Given the breadth of the Discovery Requests and the necessity of preparing individualized responses for seven separate Plaintiffs, Defendant requires a brief additional period of fourteen days to complete this process and serve responses that fully and fairly address each Plaintiff's discovery.

10.     This Motion is made in good faith and not for purposes of delay.  A brief extension will not prejudice any of the parties.

11.     Pursuant to Local Rule 7.1(a)(2), a proposed order is attached as Exhibit "1" and will be submitted to the Court. *See* Exhibit 1, at pp. 5-6 below.

WHEREFORE, Defendant, StratAir Aviation Services, LLC, respectfully requests that this Court enter an Order granting Defendant an extension up through and including May 1, 2026, to respond to Plaintiffs' Discovery Requests, and grant such other and further relief as the Court deems just and appropriate.

## LOCAL RULE 7.1 CERTIFICATE

Pursuant to Local Rule 7.1(a)(3)(A), counsel for the movant has conferred with all parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion, and Plaintiffs object to the relief requested. Specifically, Defendant seeks a two-week extension of time to respond to Plaintiffs' Discovery Requests. Plaintiffs conditioned their agreement to the requested extension on the extension of all pretrial deadlines and a continuance of trial. Defendant proposed, as a compromise, the extension of only the current discovery (including expert discovery) and dispositive motion deadlines by approximately three weeks but opposes any continuance of trial. The undersigned notes that the Court recently granted Plaintiffs' Motion for Extension of Time of Pretrial Deadlines on March 30, 2026, so the original

3

discovery deadlines have already been extended in this case. *See* [DE 21]. Plaintiffs did not accept

Defendant's proposal for extension. Accordingly, the parties remain at an impasse, and Defendant

files this motion without Plaintiffs' consent.

Dated: April 17, 2026

**Nalani Gordon**
Roger W. Feicht (Florida Bar No. 84982)
rfeicht@gunster.com and
lhagan@gunster.com
Nalani Alesia Gordon (Florida Bar No.
1010976)
ngordon@gunster.com and
lmusco@gunster.com
GUNSTER YOAKLEY & STEWART, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone:  561-655-1980
*Counsel for Defendant*

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 1:25-cv-24471-KMW
(Consolidated with Case No. 1:25-cv-24505-Moore/Elfenbein)

RAISYL CEPERO GARCIA,

     Plaintiff,

v.

STRATAIR AVIATION SERVICES, LLC,

     Defendant.

_____/

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS**

THIS CAUSE having come before the Court upon Defendant's Motion for Extension of Time to Respond to Plaintiffs' Discovery Requests (the "Motion"), and the Court, having reviewed the Motion and being advised in its premises, it is hereby:

**ORDERED AND ADJUDGED** that:

1.     The Motion is **GRANTED**.

2.     Defendant StratAir Aviation Services, LLC, shall have up through and including **May 1, 2026**, to respond to the Discovery Requests described in the Motion.

DONE AND ORDERED in Chambers on this _____ day of _____, 2026.

_____
HONORABLE KATHLEEN M. WILLIAMS
United States District Court Judge

cc:     All Counsel of Record on Attached Service List

5

## SERVICE LIST

**BRIAN H. POLLOCK, ESQ.**
Florida Bar No. 174742
brian@fairlawattorney.com
**PATRICK BROOKS LAROU, ESQ.**
Florida Bar No.: 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL  33146
Telephone: 305-230-4884

**ROGER W. FEICHT, ESQ.**
Florida Bar No. 84982
rfeicht@gunster.com
**NALANI ALESIA GORDON, ESQ.**
Florida Bar No. 1010976
ngordon@gunster.com
GUNSTER YOAKLEY & STEWART, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone:  561-655-1980
*Counsel for Defendant*