**From:** **Gordon, Nalani** NGordon@gunster.com
**Subject:** RE: GARCIA v. STRATAIR AVIATION: Zoom information for Luis Rodriguez Ceruto deposition 4/1/26
**Date:** April 22, 2026 at 12:14 PM
**To:** Brooks LaRou  brooks@fairlawattorney.com
**Cc:** Musco, Lisa  LMusco@gunster.com, Juan Aragon  juan@fairlawattorney.com, Brian Pollock  brian@fairlawattorney.com,
Feicht, Roger  RFeicht@gunster.com, Boske, Tammi  TBoske@gunster.com

NG

Hi Brooks, we oppose and will note Plaintiffs' opposition to our motion. Thank you.

**From:** Brooks LaRou <brooks@fairlawattorney.com>
**Sent:** Wednesday, April 22, 2026 12:12 PM
**To:** Gordon, Nalani <NGordon@gunster.com>
**Cc:** Musco, Lisa <LMusco@gunster.com>; Juan Aragon <juan@fairlawattorney.com>; Brian Pollock
<brian@fairlawattorney.com>; Feicht, Roger <RFeicht@gunster.com>; Boske, Tammi <TBoske@gunster.com>
**Subject:** Re: GARCIA v. STRATAIR AVIATION: Zoom information for Luis Rodriguez Ceruto deposition 4/1/26

> This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Nalani,

Sorry I missed you earlier.

Plaintiffs oppose the requested extension unless StratAir is willing to jointly request an extension of the remaining pretrial deadlines and a continuance of the trial, as detailed in the last draft of the Joint MET I previously circulated.

In light of this, Plaintiffs intend to file a Motion for Extension of Pretrial Deadlines and Continuance of Trial seeking those adjustments. Please let me know whether StratAir opposes that motion.

Thank you for the update regarding the postponed depositions—we will notify our clients accordingly.

Best regards,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir:  786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

> On Apr 22, 2026, at 9:51 AM, Gordon, Nalani <NGordon@gunster.com> wrote:
>
> Hi Brooks,
>
> I just gave you a call. We'd like to postpone the 4 upcoming depositions given the Court's limited extension and the need to focus on completing written discovery. (I am still going to seek an extension from the Court through May 1 as I mentioned yesterday.)
>
> Feel free to give me a back if you'd like to discuss. Thank you.
>
> ng
>
> <image001.png>
> **Nalani Gordon** | Attorney
>
> 777 South Flagler Drive, Suite 500 East
> West Palm Beach, FL 33401
> **p** 561.650.0536 **c** 561.943.8170
> gunster.com | ngordon@gunster.com

**From:** Gordon, Nalani
**Sent:** Tuesday, April 21, 2026 9:37 AM
**To:** Brooks LaRou <brooks@fairlawattorney.com>
**Cc:** Musco, Lisa <LMusco@gunster.com>; Juan Aragon <juan@fairlawattorney.com>; Brian Pollock <brian@fairlawattorney.com>; Feicht, Roger <RFeicht@gunster.com>; Boske, Tammi <TBoske@gunster.com>
**Subject:** RE: GARCIA v. STRATAIR AVIATION: Zoom information for Luis Rodriguez Ceruto deposition 4/1/26

Good morning, Brooks,

Just closing the loop on the motion for leave to amend the Amended Complaint, StratAir opposes.

Also, as I'm sure you saw, the Court gave StratAir until Friday to respond to the discovery requests. We intend to file a motion for an extension through May 1. I assume you oppose for the same reasons we've already discussed and will note your objection. However, in the off chance that you have changed your position please let me know by tomorrow morning. (I need to file by tomorrow so that it's 48 hours before the deadline). If I don't hear from you, I'll assume your objection stands, as we've already discussed the requested relief.

As always, feel free to give me a call to discuss anything you need.

Thank you,
ng

<image001.png>

**Nalani Gordon** | Attorney

777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

**p** 561.650.0536 **c** 561.943.8170
gunster.com | ngordon@gunster.com

---

**From:** Brooks LaRou <brooks@fairlawattorney.com>
**Sent:** Friday, April 17, 2026 11:50 AM
**To:** Gordon, Nalani <NGordon@gunster.com>
**Cc:** Musco, Lisa <LMusco@gunster.com>; Juan Aragon <juan@fairlawattorney.com>; Brian Pollock <brian@fairlawattorney.com>; Feicht, Roger <RFeicht@gunster.com>; Boske, Tammi <TBoske@gunster.com>
**Subject:** Re: GARCIA v. STRATAIR AVIATION: Zoom information for Luis Rodriguez Ceruto deposition 4/1/26

> This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Nalani,

Please see the attached revised drafts of the joint motion and proposed order. We've pushed out the pretrial deadlines and added a request for a trial continuance. The main reason for the additional time is that, based on StratAir's anticipated objections to Plaintiffs' requests for documents and information about contracted workers, there will likely be follow-up conferral and potential motion practice regarding Defendant's responses before Plaintiffs' expert can finalize their report. We want to build in enough time to address any disputes before the Magistrate Judge without having to come back to the Court for further extensions later.

Let us know if you have any questions or proposed changes. If everything looks good, please feel free to file. In the alternative, if StratAir is unwilling to agree to the proposed revisions, feel free to file the motion unilaterally—but please note Plaintiffs' objections and proposed deadlines/continuance.

Additionally, Unrelated Conferral ███████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

Unrelated Conferral

As always, happy to jump on a call if you'd like to discuss further.

Thanks,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir:  786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

On Apr 16, 2026, at 8:52 PM, Gordon, Nalani <NGordon@gunster.com> wrote:

Hi Brooks,

Please find attached a draft joint motion and proposed agreed order (order will be Exhibit 1 to joint motion) based on our conversation. Please take a look and let me know if approved to file tomorrow (4/17). If you have any edits please redline and send back to me.

Thank you,
ng

<image001.png>
**Nalani Gordon** | Attorney
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
**p** 561.650.0536 **c** 561.943.8170
gunster.com | ngordon@gunster.com

**From:** Brooks LaRou <brooks@fairlawattorney.com>
**Sent:** Tuesday, April 14, 2026 6:30 PM
**To:** Gordon, Nalani <NGordon@gunster.com>
**Cc:** Musco, Lisa <LMusco@gunster.com>; Juan Aragon <juan@fairlawattorney.com>; Brian Pollock <brian@fairlawattorney.com>; Feicht, Roger <RFeicht@gunster.com>; Boske, Tammi <TBoske@gunster.com>
**Subject:** Re: GARCIA v. STRATAIR AVIATION: Zoom information for Luis Rodriguez Ceruto deposition 4/1/26

This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Nalani,

Good speaking with you earlier. As discussed, Plaintiffs are amenable to a two-week extension, conditioned on the parties jointly requesting extensions of the remaining pretrial deadlines (and, if necessary, a continuance of trial).

Our primary concern is that, if StratAir's discovery responses are not due until April 24, Plaintiffs would have only three business days (through April 29) to review the responsive documents, provide them to our expert, and have the expert review the materials and prepare his report. That timeline is not workable.

With that in mind, please circulate a draft of the Joint MET reflecting the approximate deadlines we discussed—i.e., June 1 for Plaintiffs' expert disclosures (including summaries and reports), June 15 for Defendant's expert disclosures, and the remaining deadlines adjusted accordingly.

remaining deadlines adjusted accordingly.

Unrelated Conferral ██████████████████████████████████████████████

██████████████████████████████████████████████

Best regards,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir:  786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

On Apr 14, 2026, at 2:00 PM, Gordon, Nalani <NGordon@gunster.com>
wrote:

Hi Brooks,

We will be filing a motion for extension of the discovery deadlines today. Please
let me know if Plaintiffs oppose the 2-week extension requested in my email
below.

On a separate note, Unrelated Conferral ███████████████████████████
████████████████████████████████████████████
███████████████████████████

████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████
███████████████████████████
█████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████

████████████████████████████████████████

Thank you,
ng

From: Gordon, Nalani
Sent: Monday, April 13, 2026 10:43 AM
To: 'Brooks LaRou' <brooks@fairlawattorney.com>
Cc: Musco, Lisa <LMusco@gunster.com>; Juan Aragon
<juan@fairlawattorney.com>; Brian Pollock <brian@fairlawattorney.com>; Feicht,
Roger <RFeicht@gunster.com>; Boske, Tammi <TBoske@gunster.com>
Subject: RE: GARCIA v. STRATAIR AVIATION: Zoom information for Luis
Rodriguez Ceruto deposition 4/1/26

Hi Brooks,

We've been working with the client to prepare responses to the 12 discovery
requests that are due on Friday, but we are going to need an extension of time
given the volume and number of Plaintiffs. Would you agree to a 2-week
extension of time to respond to the pending discovery through and including May
1?

Also, Unrelated Conferral █████████████████████████████████████
███████████████████████████████████████████████████
██████████████

Feel free to give me a call if you need to chat.

Thank you,
ng

<image001.png>
**Nalani Gordon** | Attorney
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
**p** 561.650.0536 **c** 561.943.8170
gunster.com | ngordon@gunster.com