UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24471-WILLIAMS/LETT
(Consolidated with Case No. 1:25-cv-24505-Moore/Elfenbein)

RAISYL CEPERO GARCIA,

       Plaintiff,

vs.

STRATAIR AVIATION SERVICES, LLC,

       Defendant.

_____/

### ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF PRETRIAL DEADLINES AND CONTINUANCE OF TRIAL

THIS CAUSE, having come before the Court on Plaintiffs' Motion for Extension of Pretrial Deadlines and Continuance of Trial [ECF No. 26], and the Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

The deadlines set forth in the Court's Scheduling Order [ECF No. 16], as previously modified by the Court's Paperless Order [ECF No. 21], are hereby extended as follows:

1.      Plaintiffs shall disclose experts, expert witness summaries, and reports on or before **August 1, 2026**;

2.      Defendant shall disclose experts, expert witness summaries, and reports on or before **August 15, 2026**;

3.      The Parties shall exchange rebuttal expert witness summaries and reports on or before **August 29, 2026**;

4.      The Parties shall complete all discovery, including expert discovery, on or before **September 19, 2026**;

5.      The Parties shall file all dispositive pre-trial motions, memoranda of law, and any motions to strike or exclude expert testimony on or before **October 9, 2026**;

6.      The Parties shall each file one motion *in limine* on or before **January 8, 2027**; and

7.      The Parties shall file a joint pre-trial stipulation, exhibit lists, and witness lists, along with proposed jury instructions, a proposed verdict form (for jury trials), or proposed findings of fact and conclusions of law (for non-jury trials), and deposition designations on or before **January 8, 2027**;

All other deadlines and provisions set forth in the Court's Scheduling Order [ECF No. 16] shall remain in full force and effect.

The trial in this matter is hereby **continued** from November 30, 2026 to the Court's two-week trial calendar beginning **March 1, 2027**, before the Honorable Kathleen M. Williams at 400 North Miami Avenue, Courtroom 11-3, Miami, Florida, with calendar call to be held at 11:00 a.m. on **February 25, 2027**.

DONE AND ORDERED in Chambers on this ____ day of April 2026.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*