UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24471-WILLIAMS/LETT
(Consolidated with Case No. 1:25-cv-24505-Moore/Elfenbein)

RAISYL CEPERO GARCIA,

     Plaintiff,

vs.

STRATAIR AVIATION SERVICES, LLC,

     Defendant.

                         /

## ORDER GRANTING PLAINTIFFS' MOTION
## FOR EXTENSION OF PRETRIAL DEADLINES

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Extension of Pretrial Deadlines (the "Motion") [ECF No. 32]. The Court has considered the Motion, the record in this case, and is otherwise fully advised in the premises. Upon review, the Court finds that good cause exists to extend the pretrial deadlines set forth in the Amended Scheduling Order [ECF No. 30]. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     Plaintiffs' Motion is **GRANTED**;

2.     The Amended Scheduling Order [ECF No. 30] is hereby modified as follows. All pretrial deadlines are extended by sixty (60) days, while the February 2, 2027 Calendar Call and February 8, 2027 trial period remain unchanged:

     a.     Plaintiffs shall disclose experts, expert witness summaries, and reports on or before **August 14, 2026**;

     b.     Defendant shall disclose experts, expert witness summaries, and reports on or before **August 28, 2026**;

1

c.      The Parties shall exchange rebuttal expert witness summaries and reports on or before **September 11, 2026**;

d.      The Parties shall complete all discovery, including expert discovery, on or before **October 2, 2026**;

e.      The Parties shall file all dispositive pre-trial motions and memoranda of law, and any motions to strike or exclude expert testimony, on or before **October 12, 2026**; and

f.      The Parties shall each file one motion in limine, and shall file a joint pre-trial stipulation, exhibit lists, witness lists, proposed jury instructions, proposed verdict form or findings of fact and conclusions of law, and deposition designations on or before **January 11, 2027**.

3.      Plaintiffs' request for leave to file a Motion for Discovery Hearing before Magistrate Judge Lett unilaterally and in excess of the five-page limit established by the Court's Order Setting Discovery Procedures [ECF No. 5] is **GRANTED**. Plaintiffs may file their Motion for Discovery Hearing without Defendant's joinder and without regard to the five-page limit.

4.      All other provisions of the Amended Scheduling Order [ECF No. 30] and the Court's prior orders remain in full force and effect.

DONE AND ORDERED in Chambers on this _____ day of June 2026.

_____

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*