UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24471-WILLIAMS/LETT

RAISYL CEPERO GARCIA,

      Plaintiff,

vs.

STRATAIR AVIATION SERVICES, LLC,

      Defendant.

                                    /

## JOINT NOTICE OF SETTLEMENT

Plaintiff Raisyl Cepero Garcia and Defendant Stratair Aviation Services, LLC (collectively, the "Parties"), by and through their respective undersigned counsel, hereby notify the Court pursuant to S.D. Fla. Local Rule 16.4 that the Parties have reached a settlement of all claims brought by Plaintiff Raisyl Cepero Garcia in the above-captioned case and are in the process of drafting and executing their written Settlement Agreement. This settlement pertains solely to Plaintiff Raisyl Cepero Garcia's claims. The claims of Plaintiffs Ivan Grant, et al. in the consolidated action (Case No. 1:25-cv-24505-Moore/Elfenbein) remain pending and are not affected by this settlement.

Respectfully submitted this 22nd day of June 2026,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

s/ Roger W. Feicht
Roger W. Feicht, Esq. (84982)
rfeicht@gunster.com
Nalani Alesia Gordon, Esq. (1010976)
ngordon@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, Florida 33401
Telephone: (561) 655-1980
*Counsel for Defendant*