IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RAISYL CEPERO GARCIA, et al.,

      Plaintiffs,

v.

                                 Case No.: 1:25-cv-24471-KMW
                                 (Consolidated with Case No. 1:25-cv-
                                 24505-Moore/Elfenbein)

STRATAIR AVIATION SERVICES, LLC,

      Defendant.

_____/

**JOINT MOTION FOR ENTRY OF**
**STIPULATED CONFIDENTIALITY ORDER**

Plaintiffs and Defendant, by and through their respective undersigned counsel, respectfully move this Court for entry of the attached Stipulated Confidentiality Agreement (Exhibit A) pursuant to paragraph 5 of the Court's Order Setting Discovery Procedures [DE 5]. In support thereof, the parties state as follows:

1.      The Parties anticipate that discovery in this consolidated employment discrimination action will involve the exchange of confidential, proprietary, and sensitive personal information, including but not limited to personnel records, employment policies, compensation data, and other documents containing trade secrets or private information of the parties and non-parties.

2.      The Parties have conferred in good faith and have reached agreement on the terms of the attached Stipulated Confidentiality Agreement, which governs the handling, designation, and protection of confidential materials produced in discovery.

3. Entry of the Stipulated Confidentiality Agreement will facilitate the efficient exchange of discovery materials while protecting the legitimate confidentiality interests of all parties and non-parties whose information may be implicated.

4. A Word version of the proposed Stipulated Confidentiality Agreement will be emailed to the Court at Lett@flsd.uscourts.gov contemporaneously with the filing of this motion, as required by the Court's Order Setting Discovery Procedures [DE 5].

WHEREFORE, the Parties respectfully request that this Court enter the attached Stipulated Confidentiality Agreement (Exhibit A) as an Order of this Court.

| /s/ Patrick Brooks LaRou | /s/ Nalani Alesia Gordon |
|---|---|
| Brian H. Pollock, Esq.<br>Florida Bar No. 174742<br>brian@fairlawattorney.com<br><br>Patrick Brooks LaRou, Esq.<br>Florida Bar No. 1039018<br>brooks@fairlawattorney.com | Roger W. Feicht, Esq.<br>Florida Bar No. 84982<br>rfeicht@gunster.com<br>lhagan@gunster.com<br><br>Nalani Alesia Gordon, Esq.<br>Florida Bar No. 1010976<br>ngordon@gunster.com<br>lmusco@gunster.com |
| FAIRLAW FIRM<br>135 San Lorenzo Avenue, Suite 770<br>Coral Gables, Florida 33146<br>Telephone: (305) 230-4884 | GUNSTER, YOAKLEY & STEWART, P.A.<br>777 S. Flagler Drive, Suite 500 East<br>West Palm Beach, Florida 33401<br>Telephone: (561) 655-1980 |
| *Counsel for Plaintiffs Raisyl Cepero Garcia, Ivan Grant, Alex Laffita Ortiz, Henry Pinto Sumoza, Eyonny Prado Duran, Luis Rodriguez Ceruto, Luis Same Gonzalo* | *Counsel for Defendant, StratAir Aviation Services, LLC* |
| DATED:  June 22, 2026 | DATED:  June 22, 2026 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Nalani Alesia Gordon*
Nalani Alesia Gordon