| | |
|---|---|
| **From:** | Brooks LaRou <brooks@fairlawattorney.com> |
| **Sent:** | Wednesday, June 10, 2026 2:47 PM |
| **To:** | Gordon, Nalani |
| **Cc:** | Juan Aragon; Feicht, Roger; Musco, Lisa; Boske, Tammi; Brian Pollock; Hagan, Lisa |
| **Subject:** | Re: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request for Deposition |
| **Attachments:** | StratAir_Garcia- Joint Motion for Entry of Stipulated Confidentiality Order(39766785.3) - BHP Revd 6.5.26.docx |

> This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Nalani,

I'm attaching our revised draft of the Joint Motion/Confidentiality Order. Please let me know if you're okay with the revisions so we can get this filed this week.

Best,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir: 786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

> On Jun 10, 2026, at 9:28 AM, Gordon, Nalani <NGordon@gunster.com> wrote:
>
> Good morning, Juan. These dates work. Thank you.
>
> ---
>
> **From:** Juan Aragon <juan@fairlawattorney.com>
> **Sent:** Monday, June 8, 2026 10:25 AM
> **To:** Gordon, Nalani <NGordon@gunster.com>
> **Cc:** Brooks LaRou <brooks@fairlawattorney.com>; Feicht, Roger <RFeicht@gunster.com>; Musco, Lisa <LMusco@gunster.com>; Boske, Tammi <TBoske@gunster.com>; Brian Pollock <brian@fairlawattorney.com>; Hagan, Lisa <LHagan@gunster.com>
> **Subject:** Re: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request for Deposition

> This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning Nalani,

Our clients are available on the dates and times below:

Mr. Prado, July 2 at 10 am
Mr. Pinto, July 9 at 10 am

If you have any questions or concerns, do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq., and
P. Brooks LaRou Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com

On Mon, Jun 8, 2026 at 7:09 AM Gordon, Nalani <NGordon@gunster.com> wrote:

> Good morning, Juan, just checking in regarding alternative deposition dates for Plaintiffs Pinto and Prado in the month of June. Thank you.
>
> <image001.png>
>
> **Nalani Gordon** | Attorney
>
> 777 South Flagler Drive, Suite 500 East
> West Palm Beach, FL 33401
>
> **p** 561.650.0536 **c** 561.943.8170
> gunster.com | ngordon@gunster.com
>
> **From:** Gordon, Nalani
> **Sent:** Wednesday, June 3, 2026 1:52 PM
> **To:** 'Juan Aragon' <juan@fairlawattorney.com>
> **Cc:** Brooks LaRou <brooks@fairlawattorney.com>; Feicht, Roger <RFeicht@gunster.com>; Musco, Lisa <LMusco@gunster.com>; Boske, Tammi <TBoske@gunster.com>; Brian Pollock <brian@fairlawattorney.com>; Hagan, Lisa <LHagan@gunster.com>
> **Subject:** RE: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request for Deposition
>
> Thank you for the clarification, Juan. I would need an earlier start time on June 12 due to another commitment so yes, please look for alternative dates in June for Mr. Pinto.

Thank you,
ng

&lt;image001.png&gt;

**Nalani Gordon** | Attorney

777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

**p** 561.650.0536 **c** 561.943.8170
gunster.com | ngordon@gunster.com

---

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Wednesday, June 3, 2026 1:43 PM
**To:** Gordon, Nalani <NGordon@gunster.com>
**Cc:** Brooks LaRou <brooks@fairlawattorney.com>; Feicht, Roger <RFeicht@gunster.com>; Musco, Lisa
<LMusco@gunster.com>; Boske, Tammi <TBoske@gunster.com>; Brian Pollock
<brian@fairlawattorney.com>; Hagan, Lisa <LHagan@gunster.com>
**Subject:** Re: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request for Deposition

> This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the
> sender and know the content is safe.

---

Hi Nalani,

Regarding Mr. Pinto's deposition on June 12, we can start at 10:00 AM. If that time does
not work for you, please let me know and I will look for alternative dates in June.

If you have any questions or concerns, do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq., and
P. Brooks LaRou Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com

On Wed, Jun 3, 2026 at 10:52 AM Gordon, Nalani <NGordon@gunster.com> wrote:

Hi Juan, thank you for your email below. Quick question: You're also confirming that Mr. Pinto is available for an 8:30 start on June 12 (or an alternative June date), correct? Thank you.

<image001.png>

**Nalani Gordon** | Attorney

777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

**p** 561.650.0536 **c** 561.943.8170
gunster.com | ngordon@gunster.com

---

From: Juan Aragon <juan@fairlawattorney.com>
Sent: Monday, June 1, 2026 6:07 PM
To: Gordon, Nalani <NGordon@gunster.com>
Cc: Brooks LaRou <brooks@fairlawattorney.com>; Feicht, Roger <RFeicht@gunster.com>; Musco, Lisa <LMusco@gunster.com>; Boske, Tammi <TBoske@gunster.com>; Brian Pollock <brian@fairlawattorney.com>; Hagan, Lisa <LHagan@gunster.com>
Subject: Re: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request for Deposition

This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Counsel,

I will provide more June dates once our clients confirm their availability.

If you have any questions or concerns, do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq., and
P. Brooks LaRou Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com

On Fri, May 29, 2026 at 8:27 AM Gordon, Nalani <NGordon@gunster.com> wrote:

Good morning, please find my responses below in blue:

4

Ceruto: June 9  - Confirmed; Will notice
Pinto: June 12  - I need to start at **8:30 am** due to another commitment that evening. Please confirm this is acceptable and we will notice.
Cepero: June 16 – confirmed; will notice
Prado: June 18 – not available; please provide alternative June dates

Thank you,
ng

<image001.png>

**Nalani Gordon** | Attorney

777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

**p** 561.650.0536 **c** 561.943.8170
gunster.com | ngordon@gunster.com

---

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Wednesday, May 27, 2026 11:15 AM
**To:** Gordon, Nalani <NGordon@gunster.com>
**Cc:** Brooks LaRou <brooks@fairlawattorney.com>; Feicht, Roger <RFeicht@gunster.com>; Musco, Lisa <LMusco@gunster.com>; Boske, Tammi <TBoske@gunster.com>; Brian Pollock <brian@fairlawattorney.com>; Hagan, Lisa <LHagan@gunster.com>
**Subject:** Re: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request for Deposition

This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning Counsel,

Please find below our clients' availability starting at 10 AM. They will all require a Spanish interpreter.

Ceruto: June 9
Pinto: June 12
Cepero: June 16
Prado: June 18

If you have any questions or concerns, do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq., and
P. Brooks LaRou Esq.

5

FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com


On Wed, May 27, 2026 at 7:43 AM Juan Aragon <juan@fairlawattorney.com> wrote:

Good morning,

I will provide you with dates in June once I have confirmed our clients' availability. Thank you.

If you have any questions or concerns, do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq., and
P. Brooks LaRou Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com


On Wed, May 27, 2026 at 7:40 AM Gordon, Nalani <NGordon@gunster.com> wrote:

Hi Brooks, following up regarding available deposition dates for Plaintiffs Prado, Pinto, Rodriguez, and Garcia in the month of June. Thank you.

<image001.png>

**Nalani Gordon** | Attorney

777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

**p** 561.650.0536 **c** 561.943.8170
gunster.com | ngordon@gunster.com

**From:** Gordon, Nalani
**Sent:** Friday, May 22, 2026 4:06 PM
**To:** Brooks LaRou <brooks@fairlawattorney.com>; Feicht, Roger <RFeicht@gunster.com>
**Cc:** Musco, Lisa <LMusco@gunster.com>; Boske, Tammi <TBoske@gunster.com>; Brian Pollock <brian@fairlawattorney.com>; Juan Aragon <juan@fairlawattorney.com>; Hagan, Lisa

<LHagan@gunster.com>
**Subject:** RE: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request for Deposition

Brooks,

I wanted to follow up regarding the document production we discussed. After further review with my team, we identified that we will need a confidentiality order in place before we can move forward with the production. I appreciate your patience on this, and I apologize for getting ahead of myself on the timeline.

To that end, I have prepared a proposed confidentiality agreement and joint motion consistent with the court's requirements which are attached hereto for your review. I would appreciate your prompt attention to the agreement so we can get it submitted to the court as quickly as possible. I want to assure you that the production is ready to go on our end, and we will produce immediately upon entry of the order.

On a separate note, could you please send me your clients' availability for depositions of the remaining Plaintiffs? We are looking at June dates and would like to get those scheduled sooner rather than later.

I hope you have a wonderful holiday weekend.

ng

<image001.png>

**Nalani Gordon** | Attorney

777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

**p** 561.650.0536 **c** 561.943.8170
gunster.com | ngordon@gunster.com

---

**From:** Brooks LaRou <brooks@fairlawattorney.com>
**Sent:** Wednesday, May 13, 2026 1:27 PM
**To:** Gordon, Nalani <NGordon@gunster.com>; Feicht, Roger <RFeicht@gunster.com>
**Cc:** Musco, Lisa <LMusco@gunster.com>; Boske, Tammi <TBoske@gunster.com>; Brian Pollock <brian@fairlawattorney.com>; Juan Aragon <juan@fairlawattorney.com>; Hagan, Lisa <LHagan@gunster.com>
**Subject:** Re: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request for Deposition

This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Nalani and Roger,

Thank you for sending StratAir's Answers to Mr. Same Gonzalo's First Interrogatories.

7

I understand that the discovery in these cases is voluminous and will give you the benefit of the doubt that this document was lost in the shuffle. I also see that the document was signed by Andres Gonzalez on April 30, indicating that the document was prepared and finalized before the deadline. Given that the objections to Mr. Same Gonzalo's Interrogatories parallel those raised by StratAir in response to the other Plaintiffs, we can discuss these tomorrow.

Please also provide a draft Protective Order addressing any discovery objections raised by StratAir that implicate confidential or protected information.

Thank you,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir:  786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

> On May 13, 2026, at 11:25 AM, Feicht, Roger <RFeicht@gunster.com> wrote:
>
> Brooks,
> A reminder that your office did not initially serve Plaintiffs' initial discovery responses at the same time, and our office politely followed up on the missing responses (several interrogatory answers if my memory serves me).
>
> Thanks,
> Roger

<image001.png>

**Roger W. Feicht** | Shareholder

777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

**p** 561.650.0729 | rfeicht@gunster.com
gunster.com | View my Bio | v Card

**From:** Gordon, Nalani <NGordon@gunster.com>
**Sent:** Wednesday, May 13, 2026 8:35 AM
**To:** Brooks LaRou <brooks@fairlawattorney.com>; Feicht, Roger

8

<RFeicht@gunster.com>
**Cc:** Musco, Lisa <LMusco@gunster.com>; Boske, Tammi <TBoske@gunster.com>; Brian Pollock <brian@fairlawattorney.com>; Juan Aragon <juan@fairlawattorney.com>; Hagan, Lisa <LHagan@gunster.com>
**Subject:** RE: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request for Deposition

Brooks,

Writing to address one item in your conferral letter prior to our call:

Your letter asserts that StratAir served "no response whatsoever" to Plaintiff Same Gonzalo's First Set of Interrogatories and that all objections have been waived under Rule 33(b)(4). That is incorrect. StratAir timely served its responses alongside eleven other sets of discovery in these consolidated matters. The service email itself listed Same Gonzalo's interrogatory responses among the documents being served — making clear on its face that the responses were intended to be included. A clerical error in assembling attachments resulted in the wrong file being appended, but the nature of the mistake was obvious from the email itself. The correct, verified responses are attached.

There is no waiver. Rule 33(b)(4) applies where a party fails to serve any timely objection — not where a ministerial attachment error goes unnoticed. A simple phone call or email to our office would have resolved this in minutes. We would ask that future conferral correspondence reflect a good-faith effort to identify administrative issues before escalating them into waiver arguments. Devoting an entire section of a thirty-page letter to a problem that could have been fixed with a single courtesy email is not consistent with the cooperative spirit the conferral process is meant to foster.
Please confirm receipt of the attached.

Thank you,
ng

<image001.png>
**Nalani Gordon** | Attorney
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
**p** 561.650.0536 **c** 561.943.8170
gunster.com | ngordon@gunster.com

**From:** Brooks LaRou <brooks@fairlawattorney.com>
**Sent:** Thursday, May 7, 2026 12:39 AM
**To:** Feicht, Roger <RFeicht@gunster.com>; Gordon, Nalani <NGordon@gunster.com>
**Cc:** Musco, Lisa <LMusco@gunster.com>; Boske, Tammi <TBoske@gunster.com>;

Brian Pollock <brian@fairlawattorney.com>; Juan Aragon
<juan@fairlawattorney.com>; Hagan, Lisa <LHagan@gunster.com>
**Subject:** Re: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request
for Deposition

This email originated from **outside** of the organization. Do not click links or open attachments unless you reco
sender and know the content is safe.

---

Hi Roger,

Please let me know your earliest availability to confer by phone or Zoom
regarding StratAir's objections to the proposed subpoenas. We will also
need to address StratAir's responses and objections to Plaintiffs' written
discovery requests during that conferral.

In advance of our call, I am attaching Plaintiffs' conferral letter identifying
most of the deficiencies in StratAir's discovery responses and objections.

Given the number and breadth of objections asserted by StratAir, it
appears unlikely that the parties will resolve all disputed issues during
conferral. Accordingly, please also provide your earliest availability for a
discovery hearing before Magistrate Judge Lett, whose discovery
calendar is typically held on Wednesdays.

Nalani — Our team will check with Messrs. Cepero Garcia, Pinto
Sumoza, Prado Duran, and Rodriguez Ceruto regarding their availability
for deposition and will circle back with you as soon as possible.

Best regards,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir: 786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

> On May 4, 2026, at 3:15 PM, Feicht, Roger
> <RFeicht@gunster.com> wrote:
>
> Hi Brooks,
> I was out of the office Thursday and Friday for work, but
> am responding today given your request to respond by

today.  While we have no objection to you subpoenaing these two individuals for a future deposition generally, we have 3 objections to the subpoenas you sent us.

1. We object to subsections (b) and (c) of the subpoena's request for documents. Unlike subsections (a) and (d) they are not limited to the January 2024 layoff or reduction in force, which is the relevant event. Perhaps that was not intended or not inserted to fit the language into the limited space on the subpoena.

2. Subsection (c) is independently objectionable because it is vague as to "new workers."  To the extent that term is intended to cover any individuals who were not employed by StratAir it is not relevant to the operative complaint, which relies upon allegations of intentional discrimination by StratAir as the employer in selecting 7 employees for the January 2024 layoff.  Moreover, the Amended Complaint only alleges the *termination* of employees was discriminatory, not that there were discriminatory *hiring* practices regarding employees or non-employees.

3. Finally, I need an opportunity to confer with my team and client about the dates/times you inserted into the deposition notice.  I assume you were just selecting random dates as a placeholder since these dates were not discussed with me previously.

Thanks,
Roger

<image001.png>
**Roger W. Feicht** | Shareholder
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
**p** 561.650.0729 | rfeicht@gunster.com
gunster.com | View my Bio | v Card

**From:** Brooks LaRou <brooks@fairlawattorney.com>
**Sent:** Wednesday, April 29, 2026 7:46 PM
**To:** Gordon, Nalani <NGordon@gunster.com>; Feicht, Roger <RFeicht@gunster.com>
**Cc:** Musco, Lisa <LMusco@gunster.com>; Boske, Tammi

11

<TBoske@gunster.com>; Brian Pollock
<brian@fairlawattorney.com>; Juan Aragon
<juan@fairlawattorney.com>
**Subject:** Re: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES,
LLC - Request for Deposition

> **This email originated from outside of the organization. Do not click links or open attachments unless** sender and know the content is safe.

Hi Nalani and Roger,

In addition to scheduling StratAir's Rule 30(b)(6) deposition, we also intend on serving the attached Subpoenas for the depositions of Jose Alverio and Armando Portales Viera. I'm also attaching their Deposition Notices.

Please let me know by this Monday, May 4, whether StratAir has any objections to the Subpoenas.

Thank you,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir: 786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

> On Apr 29, 2026, at 4:25 PM, Juan Aragon
> <juan@fairlawattorney.com> wrote:
>
> Dear Counsel,
>
> I am writing to coordinate the corporate representative deposition. Please provide your availability for this deposition during the last two weeks of May.
>
> I have attached the areas of inquiry for your review.

If you have any questions or concerns, do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq., and
P. Brooks LaRou Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com

<Corp Rep Areas of Inquiry (StratAir).pdf>

| | |
|---|---|
| **From:** | Brooks LaRou <brooks@fairlawattorney.com> |
| **Sent:** | Thursday, June 11, 2026 4:34 PM |
| **To:** | Juan Aragon |
| **Cc:** | Feicht, Roger; Gordon, Nalani; Musco, Lisa; Boske, Tammi; Brian Pollock |
| **Subject:** | Re: SERVICE OF DOCUMENT - GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC |

This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Nalani and Roger,

Following up here—please provide us with your availability for the depositions of StratAir's corporate representative, Jose Alverio, Armando Portales Viera.

Thank you,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir: 786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

On Jun 9, 2026, at 4:49 PM, Juan Aragon <juan@fairlawattorney.com> wrote:

| | |
|---|---|
| Court Identity: | **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA** |
| Case No. | 1:25-CV-24505-MOORE/ELFENBEIN |
| Plaintiff(s): | IVAN GRANT, et al. |
| Defendant(s): | STRATAIR AVIATION SERVICES, LLC |
| Document being served: | 1. Subpoena directed to SNI.<br>2. Copy of Subpoena for Deposition: Jose Alverio.<br>3. Copy of Subpoena for Deposition: Armando Portales Viera. |
| Sender's name: | Juan Aragon |

Counsel,

Please see the attached subpoena directed to SNI, which we are serving on you via email today.

1

Additionally, I have attached copies of the subpoenas for the depositions of Jose Alverio and Armando Portales Viera. We provided these to you previously, but have not yet received your availability. Please let us know what dates work for you so that we can finalize the dates on the subpoenas and formally serve them.

Finally, we are following up on our prior request for dates for your client's corporate representative deposition. Please provide us with available dates for this deposition as well.

Thank you,


Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq., and
P. Brooks LaRou Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com

<Subpoena to SNI (StratAir).pdf><Subpoena for Depo - Jose Alverio (StratAir).pdf><Subpoena for Depo - Armando Portales Viera (StratAir).pdf>

| | |
|---|---|
| **From:** | Brooks LaRou <brooks@fairlawattorney.com> |
| **Sent:** | Friday, June 12, 2026 10:53 PM |
| **To:** | williams@flsd.uscourts.gov |
| **Cc:** | Brian Pollock; Juan Aragon; Feicht, Roger; Gordon, Nalani; Musco, Lisa; Boske, Tammi |
| **Subject:** | Proposed Order - Case No. 1:25-cv-24471-KMW Raisyl Cepero Garcia v. StratAir Aviation Services LLC |
| **Attachments:** | Proposed Order gr MET for Pretrial Deadlines (Final)(Cepero Garcia).docx |

This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Your Honor:

With respect to the above case, attached please find the text of Plaintiffs' Proposed Order granting their Motion for Extension of Pretrial Deadlines [ECF No. 32] filed today, June 12, 2026.

Respectfully submitted,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir:  786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

1

| | |
|---|---|
| **From:** | Brooks LaRou <brooks@fairlawattorney.com> |
| **Sent:** | Friday, June 12, 2026 3:46 PM |
| **To:** | Feicht, Roger; Gordon, Nalani |
| **Cc:** | Brian H. Pollock |
| **Subject:** | Re: Garcia, et al v. StratAir - ███████████████████ |

> This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Roger and Nalani,

████████████████████████████████████████

Additionally, given the ongoing discovery disputes and our need to finalize the agreed confidentiality order, I plan to file a motion requesting a 60-day extension of the remaining pretrial deadlines. Please let me know whether you oppose.

Thank you,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir: 786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

| | |
|---|---|
| **From:** | Brian H. Pollock <brian@fairlawattorney.com> |
| **Sent:** | Friday, June 12, 2026 6:01 PM |
| **To:** | Gordon, Nalani |
| **Cc:** | Brooks LaRou; Juan Aragon; Feicht, Roger; Musco, Lisa; Boske, Tammi; Hagan, Lisa |
| **Subject:** | Re: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request for Deposition |

> This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Nalani,

My experience and the orders that I've seen place the burden on the party claiming confidentiality to bear the burden of establishing that good cause exists for the disputed information/material to be treated as confidential:

> As Judge Reid accurately summarized, once a party "challenges the **confidentiality**" of a document, "the party making the designation then has the **burden** of justifying the designation by demonstrating 'good cause.'" *Sumner v. Biomet, Inc.*, 2010 U.S. Dist. LEXIS 150466, 2010 WL 11519199, at *2 (M.D. Ga. July 22, 2010). "In order to demonstrate **good cause** under Rule 26(c)(1)(G), the party seeking protection must show that: (1) the information sought is a trade secret or other confidential information; and (2) the harm caused by its disclosure outweighs the need of the party seeking disclosure." *Smart Commc'n Holding, Inc. v. Correct Sols., LLC*, 2022 U.S. Dist. LEXIS 66969, 2022 WL 1081564, at *2 (M.D. Fla. Apr. 11, 2022) (Sneed, Mag. J.) (citing *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1313-15 (11th Cir. 2001)).

Mad Room, LLC v. City of Miami, No. 21-cv-23485, 2023 U.S. Dist. LEXIS 123794, at *14 (S.D. Fla. July 17, 2023)

This is but one of the many cases (involving a dispute, as opposed to accepting a joint motion) burdening the proponent of the designation to establish "good cause" for doing so.

This is an issue that we can't or won't budge on, and so if we are unable to agree, then we likely have to submit this issue to the Court. In the meantime, please confirm that all responsive documents and materials that are not to be designated as "Confidential" have been produced.

Please get back to us on these issues.

Thanks,

Brian H. Pollock, Esq. | Managing Attorney
FairLaw Firm
Dir:  305.230.4822
Ofc: 305.230.4884
135 San Lorenzo Avenue

1

Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com

- and -

1420 Washington Boulevard
Suite 310
Detroit, MI 48226

On Jun 11, 2026, at 7:48 PM, Gordon, Nalani <NGordon@gunster.com> wrote:

Hey Brooks, I'm attaching our additional redlines and comments on the draft order. You'll see the main area for your attention is my comment on Paragraph 12 (formerly paragraph 8). There's probably also going to be some paragraph # cross-references that will need to be corrected but we can clean that up later.

Let me know if you want to hop on a call to discuss.

Thanks,
ng

<image001.png>

**Nalani Gordon** | Attorney

777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401

**p** 561.650.0536 **c** 561.943.8170
gunster.com | ngordon@gunster.com

---

**From:** Brooks LaRou <brooks@fairlawattorney.com>
**Sent:** Wednesday, June 10, 2026 2:47 PM
**To:** Gordon, Nalani <NGordon@gunster.com>
**Cc:** Juan Aragon <juan@fairlawattorney.com>; Feicht, Roger <RFeicht@gunster.com>; Musco, Lisa <LMusco@gunster.com>; Boske, Tammi <TBoske@gunster.com>; Brian Pollock <brian@fairlawattorney.com>; Hagan, Lisa <LHagan@gunster.com>
**Subject:** Re: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request for Deposition

> This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Hi Nalani,

I'm attaching our revised draft of the Joint Motion/Confidentiality Order. Please let me know if you're okay with the revisions so we can get this filed this week.

Best,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir:  786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

On Jun 10, 2026, at 9:28 AM, Gordon, Nalani <NGordon@gunster.com>
wrote:

Good morning, Juan. These dates work. Thank you.

---

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Monday, June 8, 2026 10:25 AM
**To:** Gordon, Nalani <NGordon@gunster.com>
**Cc:** Brooks LaRou <brooks@fairlawattorney.com>; Feicht, Roger <RFeicht@gunster.com>; Musco, Lisa <LMusco@gunster.com>; Boske, Tammi <TBoske@gunster.com>; Brian Pollock <brian@fairlawattorney.com>; Hagan, Lisa <LHagan@gunster.com>
**Subject:** Re: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request for Deposition

This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize sender and know the content is safe.

Good morning Nalani,

Our clients are available on the dates and times below:

Mr. Prado, July 2 at 10 am
Mr. Pinto, July 9 at 10 am

If you have any questions or concerns, do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq., and
P. Brooks LaRou Esq.
FairLaw Firm
Ofc: 305.230.4884

3

Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com

On Mon, Jun 8, 2026 at 7:09 AM Gordon, Nalani <NGordon@gunster.com> wrote:

> Good morning, Juan, just checking in regarding alternative deposition dates for Plaintiffs Pinto and Prado in the month of June. Thank you.
>
> <image001.png>
> **Nalani Gordon** | Attorney
> 777 South Flagler Drive, Suite 500 East
> West Palm Beach, FL 33401
> **p** 561.650.0536 **c** 561.943.8170
> gunster.com | ngordon@gunster.com

**From:** Gordon, Nalani
**Sent:** Wednesday, June 3, 2026 1:52 PM
**To:** 'Juan Aragon' <juan@fairlawattorney.com>
**Cc:** Brooks LaRou <brooks@fairlawattorney.com>; Feicht, Roger <RFeicht@gunster.com>; Musco, Lisa <LMusco@gunster.com>; Boske, Tammi <TBoske@gunster.com>; Brian Pollock <brian@fairlawattorney.com>; Hagan, Lisa <LHagan@gunster.com>
**Subject:** RE: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request for Deposition

Thank you for the clarification, Juan. I would need an earlier start time on June 12 due to another commitment so yes, please look for alternative dates in June for Mr. Pinto.

Thank you,
ng

<image001.png>
**Nalani Gordon** | Attorney
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
**p** 561.650.0536 **c** 561.943.8170
gunster.com | ngordon@gunster.com

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Wednesday, June 3, 2026 1:43 PM
**To:** Gordon, Nalani <NGordon@gunster.com>

4

**Cc:** Brooks LaRou <brooks@fairlawattorney.com>; Feicht, Roger <RFeicht@gunster.com>; Musco, Lisa <LMusco@gunster.com>; Boske, Tammi <TBoske@gunster.com>; Brian Pollock <brian@fairlawattorney.com>; Hagan, Lisa <LHagan@gunster.com>
**Subject:** Re: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request for Deposition

This email originated from **outside** of the organization. Do not click links or open attachments unless you recogniz sender and know the content is safe.

Hi Nalani,

Regarding Mr. Pinto's deposition on June 12, we can start at 10:00 AM. If that time does not work for you, please let me know and I will look for alternative dates in June.

If you have any questions or concerns, do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq., and
P. Brooks LaRou Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com

On Wed, Jun 3, 2026 at 10:52 AM Gordon, Nalani <NGordon@gunster.com> wrote:

Hi Juan, thank you for your email below. Quick question: You're also confirming that Mr. Pinto is available for an 8:30 start on June 12 (or an alternative June date), correct? Thank you.

<image001.png>
**Nalani Gordon** | Attorney
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
p 561.650.0536 c 561.943.8170
gunster.com | ngordon@gunster.com

5

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Monday, June 1, 2026 6:07 PM
**To:** Gordon, Nalani <NGordon@gunster.com>
**Cc:** Brooks LaRou <brooks@fairlawattorney.com>; Feicht, Roger <RFeicht@gunster.com>; Musco, Lisa <LMusco@gunster.com>; Boske, Tammi <TBoske@gunster.com>; Brian Pollock <brian@fairlawattorney.com>; Hagan, Lisa <LHagan@gunster.com>
**Subject:** Re: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request for Deposition

This email originated from **outside** of the organization. Do not click links or open attachments unless you recogni
sender and know the content is safe.

Good afternoon Counsel,

I will provide more June dates once our clients confirm their availability.

If you have any questions or concerns, do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq., and
P. Brooks LaRou Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com

On Fri, May 29, 2026 at 8:27 AM Gordon, Nalani <NGordon@gunster.com> wrote:

Good morning, please find my responses below in blue:

Ceruto: June 9  - Confirmed; Will notice
Pinto: June 12  - I need to start at **8:30 am** due to another commitment that evening. Please confirm this is acceptable and we will notice.
Cepero: June 16 – confirmed; will notice
Prado: June 18 – not available; please provide alternative June dates

Thank you,

ng

<image001.png>
**Nalani Gordon** | Attorney
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
**p** 561.650.0536 **c** 561.943.8170
gunster.com | ngordon@gunster.com

---

**From:** Juan Aragon <juan@fairlawattorney.com>
**Sent:** Wednesday, May 27, 2026 11:15 AM
**To:** Gordon, Nalani <NGordon@gunster.com>
**Cc:** Brooks LaRou <brooks@fairlawattorney.com>; Feicht, Roger <RFeicht@gunster.com>; Musco, Lisa <LMusco@gunster.com>; Boske, Tammi <TBoske@gunster.com>; Brian Pollock <brian@fairlawattorney.com>; Hagan, Lisa <LHagan@gunster.com>
**Subject:** Re: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request for Deposition

This email originated from **outside** of the organization. Do not click links or open attachments unless you recogn
sender and know the content is safe.

Good morning Counsel,

Please find below our clients' availability starting at 10 AM. They will all require a Spanish interpreter.

Ceruto: June 9
Pinto: June 12
Cepero: June 16
Prado: June 18

If you have any questions or concerns, do not hesitate to contact our office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq., and
P. Brooks LaRou Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146

juan@fairlawattorney.com
www.fairlawattorney.com


On Wed, May 27, 2026 at 7:43 AM Juan Aragon
<juan@fairlawattorney.com> wrote:

Good morning,

I will provide you with dates in June once I have confirmed our clients'
availability. Thank you.

If you have any questions or concerns, do not hesitate to contact our
office.

Best Regards,

Juan Aragon | Legal Assistant to
Brian H. Pollock, Esq.,
Katie Schickman, Esq., and
P. Brooks LaRou Esq.
FairLaw Firm
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com


On Wed, May 27, 2026 at 7:40 AM Gordon, Nalani
<NGordon@gunster.com> wrote:

Hi Brooks, following up regarding available deposition dates for Plaintiffs
Prado, Pinto, Rodriguez, and Garcia in the month of June. Thank you.

<image001.png>
**Nalani Gordon** | Attorney
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
**p** 561.650.0536 **c** 561.943.8170
gunster.com | ngordon@gunster.com

---

**From:** Gordon, Nalani
**Sent:** Friday, May 22, 2026 4:06 PM
**To:** Brooks LaRou <brooks@fairlawattorney.com>; Feicht, Roger
<RFeicht@gunster.com>
**Cc:** Musco, Lisa <LMusco@gunster.com>; Boske, Tammi <TBoske@gunster.com>;
Brian Pollock <brian@fairlawattorney.com>; Juan Aragon
<juan@fairlawattorney.com>; Hagan, Lisa <LHagan@gunster.com>
**Subject:** RE: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request
for Deposition

8

Brooks,

I wanted to follow up regarding the document production we discussed. After further review with my team, we identified that we will need a confidentiality order in place before we can move forward with the production. I appreciate your patience on this, and I apologize for getting ahead of myself on the timeline.

To that end, I have prepared a proposed confidentiality agreement and joint motion consistent with the court's requirements which are attached hereto for your review. I would appreciate your prompt attention to the agreement so we can get it submitted to the court as quickly as possible. I want to assure you that the production is ready to go on our end, and we will produce immediately upon entry of the order.

On a separate note, could you please send me your clients' availability for depositions of the remaining Plaintiffs? We are looking at June dates and would like to get those scheduled sooner rather than later.

I hope you have a wonderful holiday weekend.

ng


<image001.png>
**Nalani Gordon** | Attorney
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
**p** 561.650.0536 **c** 561.943.8170
gunster.com | ngordon@gunster.com

---

**From:** Brooks LaRou <brooks@fairlawattorney.com>
**Sent:** Wednesday, May 13, 2026 1:27 PM
**To:** Gordon, Nalani <NGordon@gunster.com>; Feicht, Roger <RFeicht@gunster.com>
**Cc:** Musco, Lisa <LMusco@gunster.com>; Boske, Tammi <TBoske@gunster.com>; Brian Pollock <brian@fairlawattorney.com>; Juan Aragon <juan@fairlawattorney.com>; Hagan, Lisa <LHagan@gunster.com>
**Subject:** Re: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request for Deposition

This email originated from **outside** of the organization. Do not click links or open attachments unless you reco sender and know the content is safe.

---

Nalani and Roger,

Thank you for sending StratAir's Answers to Mr. Same Gonzalo's First Interrogatories.

I understand that the discovery in these cases is voluminous and will give you the benefit of the doubt that this document was lost in the shuffle. I also see that the document was signed by Andres Gonzalez on April 30, indicating that the document was prepared and finalized before the deadline. Given that the objections to Mr. Same Gonzalo's Interrogatories parallel those raised by StratAir in response to the other Plaintiffs, we can discuss these tomorrow.

Please also provide a draft Protective Order addressing any discovery objections raised by StratAir that implicate confidential or protected information.

Thank you,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir:  786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

On May 13, 2026, at 11:25 AM, Feicht, Roger <RFeicht@gunster.com> wrote:

Brooks,
A reminder that your office did not initially serve Plaintiffs' initial discovery responses at the same time, and our office politely followed up on the missing responses (several interrogatory answers if my memory serves me).

Thanks,
Roger

<image001.png>
**Roger W. Feicht** | Shareholder
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
**p** 561.650.0729 | rfeicht@gunster.com
gunster.com | View my Bio | v Card

10

**From:** Gordon, Nalani <NGordon@gunster.com>
**Sent:** Wednesday, May 13, 2026 8:35 AM
**To:** Brooks LaRou <brooks@fairlawattorney.com>; Feicht, Roger <RFeicht@gunster.com>
**Cc:** Musco, Lisa <LMusco@gunster.com>; Boske, Tammi <TBoske@gunster.com>; Brian Pollock <brian@fairlawattorney.com>; Juan Aragon <juan@fairlawattorney.com>; Hagan, Lisa <LHagan@gunster.com>
**Subject:** RE: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request for Deposition

Brooks,

Writing to address one item in your conferral letter prior to our call:

Your letter asserts that StratAir served "no response whatsoever" to Plaintiff Same Gonzalo's First Set of Interrogatories and that all objections have been waived under Rule 33(b)(4). That is incorrect. StratAir timely served its responses alongside eleven other sets of discovery in these consolidated matters. The service email itself listed Same Gonzalo's interrogatory responses among the documents being served — making clear on its face that the responses were intended to be included. A clerical error in assembling attachments resulted in the wrong file being appended, but the nature of the mistake was obvious from the email itself. The correct, verified responses are attached.

There is no waiver. Rule 33(b)(4) applies where a party fails to serve any timely objection — not where a ministerial attachment error goes unnoticed. A simple phone call or email to our office would have resolved this in minutes. We would ask that future conferral correspondence reflect a good-faith effort to identify administrative issues before escalating them into waiver arguments. Devoting an entire section of a thirty-page letter to a problem that could have been fixed with a single courtesy email is not consistent with the cooperative spirit the conferral process is meant to foster.
Please confirm receipt of the attached.

Thank you,
ng

<image001.png>
**Nalani Gordon** | Attorney
777 South Flagler Drive, Suite 500 East

11

West Palm Beach, FL 33401
p 561.650.0536 c 561.943.8170
gunster.com | ngordon@gunster.com

From: Brooks LaRou <brooks@fairlawattorney.com>
Sent: Thursday, May 7, 2026 12:39 AM
To: Feicht, Roger <RFeicht@gunster.com>; Gordon, Nalani
<NGordon@gunster.com>
Cc: Musco, Lisa <LMusco@gunster.com>; Boske, Tammi
<TBoske@gunster.com>; Brian Pollock
<brian@fairlawattorney.com>; Juan Aragon
<juan@fairlawattorney.com>; Hagan, Lisa <LHagan@gunster.com>
Subject: Re: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES,
LLC - Request for Deposition

This email originated from **outside** of the organization. Do not click links or open attachments unless
sender and know the content is safe.

Hi Roger,

Please let me know your earliest availability to confer by
phone or Zoom regarding StratAir's objections to the
proposed subpoenas. We will also need to address
StratAir's responses and objections to Plaintiffs' written
discovery requests during that conferral.

In advance of our call, I am attaching Plaintiffs' conferral
letter identifying most of the deficiencies in StratAir's
discovery responses and objections.

Given the number and breadth of objections asserted by
StratAir, it appears unlikely that the parties will resolve all
disputed issues during conferral. Accordingly, please also
provide your earliest availability for a discovery hearing
before Magistrate Judge Lett, whose discovery calendar is
typically held on Wednesdays.

Nalani — Our team will check with Messrs. Cepero Garcia,
Pinto Sumoza, Prado Duran, and Rodriguez Ceruto
regarding their availability for deposition and will circle
back with you as soon as possible.

Best regards,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir: 786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844

12

135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

On May 4, 2026, at 3:15 PM, Feicht, Roger <RFeicht@gunster.com> wrote:

Hi Brooks,
I was out of the office Thursday and Friday for work, but am responding today given your request to respond by today. While we have no objection to you subpoenaing these two individuals for a future deposition generally, we have 3 objections to the subpoenas you sent us.

1. We object to subsections (b) and (c) of the subpoena's request for documents. Unlike subsections (a) and (d) they are not limited to the January 2024 layoff or reduction in force, which is the relevant event. Perhaps that was not intended or not inserted to fit the language into the limited space on the subpoena.

2. Subsection (c) is independently objectionable because it is vague as to "new workers." To the extent that term is intended to cover any individuals who were not employed by StratAir it is not relevant to the operative complaint, which relies upon allegations of intentional discrimination by StratAir as the employer in selecting 7 employees for the January 2024 layoff. Moreover, the Amended Complaint only alleges the *termination* of employees was discriminatory, not that there were discriminatory *hiring* practices regarding employees or non-employees.

13

3. Finally, I need an opportunity to confer with my team and client about the dates/times you inserted into the deposition notice. I assume you were just selecting random dates as a placeholder since these dates were not discussed with me previously.

Thanks,
Roger

<image001.png>
**Roger W. Feicht** | Shareholder
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
p 561.650.0729 | rfeicht@gunster.com
gunster.com | View my Bio | v Card

**From:** Brooks LaRou <brooks@fairlawattorney.com>
**Sent:** Wednesday, April 29, 2026 7:46 PM
**To:** Gordon, Nalani <NGordon@gunster.com>; Feicht, Roger <RFeicht@gunster.com>
**Cc:** Musco, Lisa <LMusco@gunster.com>; Boske, Tammi <TBoske@gunster.com>; Brian Pollock <brian@fairlawattorney.com>; Juan Aragon <juan@fairlawattorney.com>
**Subject:** Re: IVAN GRANT, et al. vs. STRATAIR AVIATION SERVICES, LLC - Request for Deposition

This email originated from **outside** of the organization. Do not click links or open attachments sender and know the content is safe.

Hi Nalani and Roger,

In addition to scheduling StratAir's Rule 30(b)(6) deposition, we also intend on serving the attached Subpoenas for the depositions of Jose Alverio and Armando Portales Viera. I'm also attaching their Deposition Notices.

14

Please let me know by this Monday, May 4, whether StratAir has any objections to the Subpoenas.

Thank you,

P. Brooks LaRou, Esq.
FairLaw Firm
Dir:  786.254.0366
Ofc: 305.230.4884
Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
brooks@fairlawattorney.com
www.fairlawattorney.com

> On Apr 29, 2026, at 4:25 PM, Juan Aragon <juan@fairlawattorney.com> wrote:
>
> Dear Counsel,
>
> I am writing to coordinate the corporate representative deposition. Please provide your availability for this deposition during the last two weeks of May.
>
> I have attached the areas of inquiry for your review.
>
> If you have any questions or concerns, do not hesitate to contact our office.
>
> Best Regards,
>
> Juan Aragon | Legal Assistant to Brian H. Pollock, Esq., Katie Schickman, Esq., and P. Brooks LaRou Esq.
> FairLaw Firm
> Ofc: 305.230.4884

15

Fax: 305.230.4844
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
juan@fairlawattorney.com
www.fairlawattorney.com

<Corp Rep Areas of Inquiry
(StratAir).pdf>

<StratAir_Garcia_Joint_Motion_for_Entry_of_Stipulated_Confidentiality_Order_NAGV3 6-
11-26(39867726.1).docx>

16