UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24471-WILLIAMS/LETT
(Consolidated with Case No. 1:25-cv-24505-Moore/Elfenbein)

RAISYL CEPERO GARCIA,

      Plaintiff,

vs.

STRATAIR AVIATION SERVICES, LLC,

      Defendant.

                                    /

## ORDER COMPELLING DEFENDANT'S
## DISCOVERY RESPONSES, PRODUCTION, AND DEPOSITION

THIS CAUSE having come before the Court upon Plaintiffs' Motion for Discovery Hearing, it is hereby **ORDERED** as follows.

1.    **Document Production.** Defendant StratAir Aviation Services, LLC shall, within five (5) days of this Order, withdraw all "General Objections" to Plaintiffs' First Requests for Production, and serve amended responses withdrawing all objections and produce all documents responsive to the following requests, without limitation as to custodian:

    a.    *Financial records and RIF business justification documents:* Grant RFP Nos. 1-4, 35, 116, 117, and 145.

    b.    *Comparator and workforce information:* Grant RFP Nos. 5-13, 20-33, 36, 38, 39, 69, 87, 109, 111-113, 123, and 129-148.

    c.    *Plaintiffs' personnel files and performance/attendance documents:* Grant RFP Nos. 14-18, 62-65, 70, 72-74, 77, 89-94, 97, 98, 101, 104, and 105.

    d.    *Scope-restricted objections to communications:* Grant RFP Nos. 19 and 34-46, and 95.

    e.    *Training, compliance, and RIF procedure materials:* Grant RFP Nos. 50-52, 83-85, and 123.

1

f.  *EEOC charges and discrimination complaints:* Grant RFP Nos. 53, 54, 59, 61, 96, 100, and 118-122.

g.  *Investigative materials:* Grant RFP No. 67, 96, 102, 103, 124.

h.  *FMLA, medical leave, ADA accommodation, and interactive process documents:* Grant RFP Nos. 75, 78-82, and 86.

i.  *"Premature" objections:* Grant RFP Nos. 78 and 106-110, 116, 117, 127, and 128.

j.  *Affirmative defense, trial exhibit, and other documents relied on by Defendant:* Grant RFP Nos. 106-110, 125-128.

2.  **Amended Interrogatory Responses.** Defendant shall, within five (5) days of this Order, withdraw all objections and serve complete amended responses to the following interrogatories:

a.  *Headcount and replacement interrogatories (full answers required to all four prongs, including identification of each person hired or engaged to perform the same or substantially similar work after January 2024):* Grant INT No. 8; Laffita INT No. 5; Pinto INT No. 5; Prado INT No. 5; Rodriguez Ceruto INT No. 5; Same Gonzalo INT No. 5.

b.  *"Premature" objections:* Grant INT No. 19; Laffita INT Nos. 18, 19, and 21; Pinto INT Nos. 8, 9, 15, and 20; Prado INT Nos. 7, 8, and 14; Prado INT2 Nos. 1 and 2; Rodriguez Ceruto INT Nos. 17 and 18; and Same INT Nos. 8 and 13.

c.  *Comparator identification interrogatories:* Grant INT Nos. 9, 10, 14, 15, 17, and 23; Laffita INT Nos. 6, 15, 17, and 19; Pinto INT Nos. 6, 7, 12, 17, and 18; Prado INT Nos. 6, 12, 16, and 17; Rodriguez Ceruto INT Nos. 6, 10, and 16; Same INT Nos. 6, 12, 13, 16, 17, and 19.

d.  *ADA/FMLA coverage, eligibility, and interactive process:* Rodriguez Ceruto INT Nos. 8-10, 12, 13, and 16.

e.  *Training, compliance, and RIF procedure:* Pinto INT No. 20.

f.  *EEOC charges and discrimination complaints:* Grant INT No. 21; Laffita INT No. 8.

g.  *Identify all documents:* Grant INT Nos. 2-6, 11-13, 16, 18, and 22; Laffita INT Nos. 2, 3, 10-14, 16, 20, and 21; Pinto INT Nos. 2, 3, 8-11, 13, 14, and 19; Prado INT Nos. 2, 3, 7, 8, 13, and 18; Rodriguez Ceruto INT Nos. 2, 3, 13, 14, and 15; Same INT Nos. 2, 4, 7-9, 11, 14, 15, and 18.

3.  **Amended Requests for Admission Responses.** Defendant shall, within three

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm

(3) days of this Order, serve amended responses to the following requests for admission, withdrawing all objections thereto:

    a.    *Training, compliance, and RIF procedure:* Grant RFA No. 7.

    b.    *Comparator and workforce RFAs:* Grant RFA Nos. 8, 10, 11, 13, 34, 63, 71, 76, 87, 98, 103, 111, and 112.

    c.    *Compound and argumentative objection:* Grant RFA Nos. 25, 60, 73, and 74.

    d.    *Investigation into Plaintiff Laffita's complaint:* Grant RFA No. 70.

4.    **Privilege Log.** Defendant shall serve a complete privilege log within three (3) days of this Order.

5.    **Rule 30(b)(6) Deposition.** Defendant's Rule 30(b)(6) corporate representative deposition shall be scheduled within one (1) day of this Order and shall occur no later than July 15, 2026.

6.    **Sanctions.** Plaintiffs are awarded their reasonable attorneys' fees and costs incurred in bringing the Motion for Discovery Hearing, to be paid by Defendant within ten (10) days of Plaintiffs' submission of a fee affidavit.

DONE AND ORDERED in Chambers on this _____ day of June 2026.

_____
ENJOLIQUE A. LETT
UNITED STATES MAGISTRATE JUDGE

*Copies furnished to all counsel of record*

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm