UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24471-WILLIAMS/LETT

RAISYL CEPERO GARCIA,

      Plaintiff,

vs.

STRATAIR AVIATION SERVICES, LLC,

      Defendant.

_____/

## JOINT MOTION FOR EXTENSION OF TIME
## TO FILE JOINT STIPULATION OF DISMISSAL

Plaintiff, Raisyl Cepero Garcia, and Defendant, StratAir Aviation Services, LLC, (collectively, the "Parties"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), Local Rule 7.1, and all other applicable Rules and laws, respectfully request that the Court grant an extension of time, until August 7, 2026, for the Parties to file their Joint Stipulation of Dismissal. In support of this Joint Motion, the Parties state as follows:

### I. Relevant Procedural History

1.      On September 29, 2025, Plaintiff filed his Complaint against Defendant alleging claims arising from Defendant's alleged treatment of Plaintiff after he disclosed his cancer diagnosis, treatment, and request for medical leave. [ECF No. 1].

2.      On June 22, 2026, the Parties filed a Joint Notice of Settlement apprising the Court that the Parties had reached a settlement of all claims brought by Plaintiff Raisyl Cepero Garcia in the above-captioned case and were in the process of drafting and executing their written Settlement Agreement. [ECF No. 37].

1

3.      On June 24, 2026, the Court entered its Paperless Order on Settlement and De-Consolidating Cases, requiring the Parties to file a joint stipulation of dismissal on or before July 24, 2026. [ECF No. 41].

## II. Good Cause for Extension

Good cause exists to grant the requested extension. The Parties have fully executed the settlement agreement resolving Plaintiff Raisyl Cepero Garcia's claims in this action. The Parties are now awaiting one final step of the settlement process, which is anticipated on or before August 1, 2026.

The requested extension is brief and will allow the Parties sufficient time to effectuate their settlement and file the Joint Stipulation of Dismissal. This request is made in good faith and not for the purpose of delay. No party will be prejudiced by the requested extension because the Parties have already notified the Court of their settlement, and the requested relief will allow the Parties to complete the dismissal process in an orderly manner without further burdening the Court's resources.

## III. Legal Basis and Requested Relief

Under Federal Rule of Civil Procedure 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1). This Motion is filed before the expiration of the current July 24, 2026 deadline.

Granting the requested extension will promote judicial economy by affording the Parties a reasonable opportunity to complete the settlement process and file the Joint Stipulation of Dismissal. The Court's June 24, 2026 Order advises that dismissal will be effective and self-executing upon the filing of the Parties' joint stipulation of dismissal, subject to the requirements

set forth in *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), if the Parties seek retention of jurisdiction.

Accordingly, the Parties respectfully request that this Honorable Court extend the deadline to file the Joint Stipulation of Dismissal up to and including August 7, 2026, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 22nd day of July 2026,

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ Roger W. Feicht |
| Brian H. Pollock, Esq. (174742) | Roger W. Feicht, Esq. (84982) |
| brian@fairlawattorney.com | rfeicht@gunster.com |
| Patrick Brooks LaRou, Esq. (1039018) | Nalani Alesia Gordon, Esq. (1010976) |
| brooks@fairlawattorney.com | ngordon@gunster.com |
| FAIRLAW FIRM | GUNSTER, YOAKLEY & STEWART, P.A. |
| 135 San Lorenzo Avenue, Suite 770 | 777 South Flagler Drive, Suite 500 East |
| Coral Gables, Florida 33146 | West Palm Beach, Florida 33401 |
| Telephone: (305) 230-4884 | Telephone: (561) 655-1980 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |