UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-24471-WILLIAMS/LETT

RAISYL CEPERO GARCIA,

Plaintiff,

vs.

STRATAIR AVIATION SERVICES, LLC,

Defendant.
_______________________________________/

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Raisyl Cepero Garcia, and Defendant, StratAir Aviation Services, LLC, by and through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and this Court's Orders entered June 24, 2026 [ECF No. 41] and July 24, 2026 [ECF No. 43], hereby stipulate and agree to the dismissal of this action with prejudice.

The Parties do not request that the Court retain jurisdiction over this matter.

Respectfully submitted this 1st day of September 2026,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

s/ Roger W. Feicht
Roger W. Feicht, Esq. (84982)
rfeicht@gunster.com
Nalani Alesia Gordon, Esq. (1010976)
ngordon@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, Florida 33401
Telephone: (561) 655-1980
*Counsel for Defendant*